WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory S. Kevakian,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>United Airlines Inc.,<br><br>　　　　　　　Defendant. | NO. CIV-02-2404-PHX-SMM<br><br>**ORDER** |

　　　　This employment discrimination case was filed by plaintiff Gregory Kevakian ("Plaintiff") on November 27, 2002. (Dkt. 1.) On January 10, 2003, defendant United Airlines ("United") filed for bankruptcy under Chapter 11. On August 29, 2003, this Court denied Plaintiff's motion to continue the case notwithstanding United's bankruptcy petition, and stayed the case. (Dkt. 8.)

　　　　On June 5, 2006, the Court held a status conference to determine whether Plaintiff's claims against United have been discharged in bankruptcy, or whether this action should proceed.

　　　　At the status conference, United presumptively demonstrated that Plaintiff's claims in the instant action have been discharged in bankruptcy and Plaintiff has been included in a class of unsecured creditors whose claims will be adjudicated in the bankruptcy court.

Plaintiff admitted that the bankruptcy court previously stated his unsecured creditor claims would be adjudicated there. Plaintiff also admitted that he previously signed a form electing to proceed in the bankruptcy court in order to protect his interests.

In the interest of justice, the Court allowed Plaintiff until July 14, 2006 to file any documentation demonstrating that his claims have not been discharged in bankruptcy and may be adjudicated in this Court. To date, Plaintiff has failed to file any documentation. Because United has presumptively demonstrated that Plaintiff's claims have been discharged in bankruptcy, and Plaintiff's statements confirm this fact,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 19th day of July, 2006.

_____
Stephen M. McNamee
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26